UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEXTER WASHINGTON,<br><br>         Petitioner,<br><br>     -against-<br><br>LOUIS FALCO, SHERIFF,<br><br>         Respondent. | 19-CV-9408 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued December 5, 2019, denying the petition,

IT IS ORDERED, ADJUDGED, AND DECREED that the petition is denied. Because Petitioner makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Petitioner and note service on the docket.

SO ORDERED.

Dated: December 5, 2019
    New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge